IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Respondent,                 No. CR S-02-0337 WBS KJM P

   vs.

MIGUEL MENDOZA PALOMINOS,

     Movant.                  __FINDINGS AND RECOMMENDATIONS__

_____/

       Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Movant currently is serving a sentence of 120 months in the Federal Bureau of Prisons (FBP) for manufacturing marijuana. He challenges the length of his sentence. Judgment was entered on March 19, 2004.

       Movant argues that his sentence must be vacated because it was imposed at a time when the Federal Sentencing Guidelines were considered mandatory, and that if the guidelines were considered advisory, as they are now following the United States Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005), he probably would have received a lesser sentence. This is not so. As indicated above, petitioner was sentenced to 120 months in the FBP, which is the minimum sentence authorized by 21 U.S.C. § 841(b) for movant's crime. The Supreme Court's decision in Booker does not change this statutory minimum.

1

Movant also argues that his sentence should not have been enhanced for "obstruction of justice" in connection with movant's misrepresenting his age.  However, a review of the court's record reveals that movant's sentence was not increased for obstruction of justice. Docket #18, at 48:25-49:11.

For the foregoing reasons, the court will recommend that movant's motion brought pursuant to 28 U.S.C. § 2255 be denied.

Accordingly, IT IS HEREBY RECOMMENDED that:

1.  Movant's motion brought pursuant to 28 U.S.C. § 2255 (#103) be denied; and

2.  The Clerk of the Court be directed to close the companion civil case CIV-S-05-1889 WBS KJM P.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  July 8, 2008.

U.S. MAGISTRATE JUDGE

1/rg
palo0337.257