IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                    No. CR S-02-0337 WBS KJM P

      vs.

MIGUEL MENDOZA PALOMINOS,

      Movant.                      <u>ORDER</u>

/

         Movant, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On July 8, 2008, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty days. Movant has not filed objections to the findings and recommendations.

         Although it appears from the file that movant's copy of the findings and recommendations were returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed July 8, 2008, are adopted in full;

        2. Movant's motion brought pursuant to 28 U.S.C. § 2255 (#103) is denied; and

        3. The Clerk of the Court is directed to close the companion civil case Civ-S-05-1889 WBS KJM P.

DATED:   September 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/palo0337.802